UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY BAKER** | **CIVIL ACTION** |
| **VERSUS** | |
| **SOUTHDOWNS VILLAGE GROUP, L.L.C.** | **NO.: 16-00528-BAJ-RLB** |

### ORDER

**IT IS ORDERED** that the **Consent Motion to Dismiss Plaintiff's Claims with Prejudice and Retain Jurisdiction (Doc. 16)** is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over the above-captioned matter to enforce the terms of the settlement agreement between the parties.

Baton Rouge, Louisiana, this 20th day of September, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

JURY